# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OSCAR TRUJILLO | § | Case No. 9:11-bk-02969-FMD |
| PETRONA SUYAPA TRUJILLO | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter     of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on                    .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of                    $

           Funds were disbursed in the following amounts:

           Payments made under an interim
disbursement
           Administrative expenses
           Bank service fees
           Other payments to creditors
           Non-estate funds paid to 3rd Parties
           Exemptions paid to the debtor
           Other payments to the debtor

           Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was         and the deadline for filing governmental claims was      . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $    .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $    as interim compensation and now requests a sum of $    , for a total compensation of $   [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $   [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Luis E. Rivera II _____
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 11-02969 | FMD | Judge: | Caryl E. Delano | Trustee Name: | Luis E. Rivera II |

| Case Name: | OSCAR TRUJILLO | | | | Date Filed (f) or Converted (c): | 02/22/2011 (f) |
| | PETRONA SUYAPA TRUJILLO | | | | 341(a) Meeting Date: | 04/06/2011 |
| For Period Ending: | 08/26/2013 | | | | Claims Bar Date: | 08/07/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  CASH | 30.00 | 0.00 | | 0.00 | FA |
| 2.  FINANCIAL ACCOUNTS | 99.00 | 0.00 | | 0.00 | FA |
| 3.  SECURITY DEPOSITS | 750.00 | 0.00 | | 0.00 | FA |
| 4.  HOUSEHOLD GOODS | 5,079.00 | 0.00 | | 0.00 | FA |
| 5.  BOOKS/COLLECTIBLES | 855.00 | 0.00 | | 0.00 | FA |
| 6.  WEARING APPAREL | 850.00 | 0.00 | | 0.00 | FA |
| 7.  FURS AND JEWELRY | 1,035.00 | 0.00 | | 0.00 | FA |
| 8.  FIREARMS AND HOBBY EQUIPMENT | 135.00 | 0.00 | | 0.00 | FA |
| 9.  Tax Refund | 3,889.39 | 1,722.89 | | 1,722.89 | FA |
| 10. VEHICLES | 3,100.00 | 2,185.53 | | 2,185.51 | FA |
| INT.  Post-Petition Interest Deposits          (u) | Unknown | N/A | | 0.15 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $15,822.39          $3,908.42          $3,908.55          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Processed Transfer of Claim filed 1/20/13 (Doc. 41, 42 & 43).  Aug. 1, 2013 (LR)

Case remains in line for closing.  April 15, 2013 (LR)

Final stip payment recv'd Jan. 2013.  Case ready for closing.  February 2, 2013 (LR)

Debtor tardy on Sept. & Oct. 2012 payments.  Default notice. October 01, 2012 (LR)

Debtor stip payment current.  Last payment due Nov. 2012. July 03, 2012 (LR)

Rev'd Claims.  Debtor stip payments current.  February 26, 2012 (LR)

Filed Motion Approve Stip for Repurchase of Non-Exempt Assets. Submitted proposed Order Granting Motion Approve Stip for Repurchase (tracking #G1UDDMESDA) December 08, 2011 (JP)

Correspondence to Debtors' Counsel.  Sent revised Stipulation.  November 08, 2011 (LR)

Withdrew Motion for Turnover.  September 29, 2011 (LR)

Correspondence from Debtors' counsel. Disagree with calculation of overage.  Filed Motion for Turnover to resolve.  Response due 9/8/11.  August 09, 2011 (LR)

Hearing on Objection held July 8, 2011.  July 08, 2011 (LR)

Filed objection to exemptions May 5, 2011.  Response due May 26, 2011.  May 13, 2011 (LR)


| RE PROP # | 2 | -- | Wachovia - $159.88 |
| | | | SSFCU - $30 |
| | | | TransAct - $44 |
| RE PROP # | 9 | -- | $5104 (EIC) / $8904 (total payments) x $3919.39 (remaining refund on DOF) = exempt |
| | | | EIC |

Initial Projected Date of Final Report (TFR): 02/28/2013          Current Projected Date of Final Report (TFR): 05/31/2013

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-02969 | | | Trustee Name: | Luis E. Rivera II | | Exhibit B |
|---|---|---|---|---|---|---|---|

Case Name: OSCAR TRUJILLO

PETRONA SUYAPA TRUJILLO

Bank Name: Union Bank

Account Number/CD#: XXXXXX4166

Checking Account

Taxpayer ID No: XX-XXX7968

Blanket Bond (per case limit): $48,828,000.00

For Period Ending: 08/26/2013

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/29/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $3,235.39 | | $3,235.39 |
| 11/26/12 | 10 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL 33904 | Repurchase Non-Exempt Assets | 1129-000 | $325.70 | | $3,561.09 |
| 12/26/12 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,546.09 |
| 01/22/13 | 10 | OSCAR TRUJILLO 216 SE 25TH TERRRACE CAPE CORAL, FL 33904 | Repurchase Non-Exempt Assets | 1129-000 | $325.70 | | $3,871.79 |
| 01/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,856.79 |
| 02/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,841.79 |
| 03/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,826.79 |
| 04/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,811.79 |
| 05/28/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,796.79 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,781.79 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,766.79 |

|  | COLUMN TOTALS | $3,886.79 | $120.00 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $3,235.39 | $0.00 |
|  | Subtotal | $651.40 | $120.00 |
| Page Subtotals: | | $3,886.79 | $120.00 |

Less: Payments to Debtor(s)                    $0.00              $0.00

Net                                        $651.40            $120.00

Exhibit B

Page Subtotals:                                 $0.00              $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No:  11-02969 | | Trustee Name:  Luis E. Rivera II | | Exhibit B |
|---|---|---|---|---|

Case Name:  OSCAR TRUJILLO                                   Bank Name:  Bank of America

PETRONA SUYAPA TRUJILLO                          Account Number/CD#:  XXXXXX9348

Money Market Account

Taxpayer ID No:  XX-XXX7968                          Blanket Bond (per case limit):  $48,828,000.00

For Period Ending:  08/26/2013                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/11 | 9 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1124-000 | $325.70 | | $325.70 |
| 01/16/12 | 9 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1124-000 | $325.70 | | $651.40 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.60 | $650.80 |
| 02/15/12 | 9 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1124-000 | $325.70 | | $976.50 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $976.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.89 | $975.62 |
| 03/19/12 | 9 | TRUJILLO, OSCAR P. Suyapa Trujillo | Repurchase Non-Exempt Assets | 1124-000 | $325.70 | | $1,301.32 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.01 | | $1,301.33 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.32 | $1,300.01 |
| 04/18/12 | 9 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1124-000 | $325.70 | | $1,625.71 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.01 | | $1,625.72 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $1.76 | $1,623.96 |
| 05/14/12 | | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | | $325.70 | | $1,949.66 |
| | | | Gross Receipts              $325.70 | | | | |
| | 9 | | Tax Refund                    $94.39 | 1129-000 | | | |
| | 10 | | VEHICLES                    $231.31 | 1129-000 | | | |

Page: 4

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-02969
Case Name: OSCAR TRUJILLO
PETRONA SUYAPA TRUJILLO

Taxpayer ID No: XX-XXX7968
For Period Ending: 08/26/2013

Trustee Name: Luis E. Rivera II
Bank Name: Bank of America
Account Number/CD#: XXXXXX9348
Money Market Account
Blanket Bond (per case limit): $48,828,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $1,949.68 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.26 | $1,947.42 |
| 06/25/12 | 10 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1129-000 | $325.70 | | $2,273.12 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,273.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $2.34 | $2,270.80 |
| 07/24/12 | 10 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1129-000 | $325.70 | | $2,596.50 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,596.52 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.04 | $2,593.48 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,593.50 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.29 | $2,590.21 |
| 09/18/12 | 10 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1129-000 | $325.70 | | $2,915.91 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,915.93 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $3.08 | $2,912.85 |
| 10/12/12 | | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1129-003 | $651.40 | | $3,564.25 |
| 10/18/12 | 10 | TRUJILLO, OSCAR 216 SE 25TH TERRRACECAPE CORAL, FL  33904 | Repurchase Non-Exempt Assets | 1129-000 | $325.70 | | $3,889.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals: $1,954.30  $14.01

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

FORM 2

Exhibit B

Case No:  11-02969

Case Name:  OSCAR TRUJILLO

PETRONA SUYAPA TRUJILLO

Taxpayer ID No:  XX-XXX7968

For Period Ending:  08/26/2013

Trustee Name:  Luis E. Rivera II

Bank Name:  Bank of America

Account Number/CD#:  XXXXXX9348

Money Market Account

Blanket Bond (per case limit): $48,828,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/12 | | Reverses Deposit # 10 | Repurchase Non-Exempt Assets Check returned due to stop payment placed on check by Debtor. See also correspondence in docman. | 1129-003 | ($651.40) | | $3,238.55 |
| 10/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.02 | | $3,238.57 |
| 10/29/12 | | BANK OF AMERICA, N.A. 901 MAIN STREETDALLAS, TX  75283 | BANK FEES | 2600-000 | | $3.18 | $3,235.39 |
| 10/29/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | $3,235.39 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,257.15 | $3,257.15 |
| Less: Bank Transfers/CD's | $0.00 | $3,235.39 |
| Subtotal | $3,257.15 | $21.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,257.15 | $21.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals:                    ($651.38)        $3,238.57

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4166 - Checking Account | $651.40 | $120.00 | $3,766.79 |
| XXXXXX9348 - Money Market Account | $3,257.15 | $21.76 | $0.00 |
| | $3,908.55 | $141.76 | $3,766.79 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,908.55 |
| Total Gross Receipts: | $3,908.55 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 9:11-bk-02969-FMD                                                                    Date: August 26, 2013
Debtor Name: OSCAR TRUJILLO
Claims Bar Date: 8/7/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1-1 70 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH  43054-3025 | Unsecured | | $8,468.00 | $8,547.55 | $8,547.55 |
| 2-1 70 7100 | CREDIT FIRST NATIONAL ASSOCIATION Po Box 818011 Cleveland, OH  44181 | Unsecured | | $2,030.14 | $2,201.95 | $2,201.95 |
| 3-1 70 7100 | PYOD LLC ITS SUCCESSORS AND ASSIGNS as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC  29602- | Unsecured | | $5,542.69 | $5,542.69 | $5,542.69 |
| 4-1 70 7100 | CHASE BANK USA N. A. PO Box 15145 Wilmington, DE  19850-5145 | Unsecured | | $6,131.99 | $6,131.99 | $6,131.99 |
| 5-1 70 7100 | VERIZON WIRELESS PO BOX 3397 Bloomington, IL  61702 | Unsecured | (5-1) 4322 | $572.67 | $572.67 | $572.67 |
| 6-1 70 7100 | DELL FINANCIAL SERVICES L. L. C. c/o Resurgent Capital Services PO Box 10390 Greenville, SC  29603-0390 | Unsecured | | $1,160.21 | $1,213.06 | $1,213.06 |
| 7-1 70 7100 | Midland Funding LLC By Its Authorized Agent Recoser, Llc 25 Se 2Nd Ave, Suite 1120 Miami, Fl 33131-1605 | Unsecured | Transfer of Claim filed 1/20/13 (Doc. 42) | $950.37 | $1,002.34 | $1,002.34 |
| 8-1 70 7100 | Midland Funding LLC By Its Authorized Agent Recoser, Llc 25 Se 2Nd Ave, Suite 1120 Miami, Fl 33131-1605 | Unsecured | Transfer of Claim filed 1/20/13 (Doc. 43) | $179.99 | $213.48 | $213.48 |
| 9-1 70 7100 | Midland Funding LLC By Its Authorized Agent Recoser, Llc 25 Se 2Nd Ave, Suite 1120 Miami, Fl 33131-1605 | Unsecured | Transfer of Claim filed 1/20/13 (Doc. 41) | $1,991.79 | $1,991.79 | $1,991.79 |

Printed: August 26, 2013

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 9:11-bk-02969-FMD                                            Date: August 26, 2013
Debtor Name: OSCAR TRUJILLO
Claims Bar Date: 8/7/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Luis E. Rivera, II<br>1715 Monroe Street<br>Fort Myers, FL  33901 | Administrative | | $0.00 | $977.14 | $977.14 |
| 100<br>2200 | Luis E. Rivera, II<br>1715 Monroe Street<br>Fort Myers, FL  33901 | Administrative | | $0.00 | $38.46 | $38.46 |
| 100<br>3110 | Luis E. Rivera, Attorney for<br>Trustee<br>Henderson, Franklin, Starnes &<br>Holt<br>P.O. Box 280<br>Fort Myers, FL  33902-0280 | Administrative | | $0.00 | $475.00 | $475.00 |
| 10-1<br>350<br>7200 | CAPITAL ONE, N. A<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite<br>#200<br>Tucson, AZ  85712 | Unsecured | | $365.26 | $365.26 | $365.26 |
| | Case Totals | | | $27,393.11 | $29,273.38 | $29,273.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: August 26, 2013

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9:11-bk-02969-FMD
Case Name: OSCAR TRUJILLO
          PETRONA SUYAPA TRUJILLO
Trustee Name: Luis E. Rivera II

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Luis E. Rivera, II | $ | $ | $ |
| Trustee Expenses: Luis E. Rivera, II | $ | $ | $ |
| Attorney for Trustee Fees: Luis E. Rivera, Attorney for Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | DISCOVER BANK | $ | $ | $ |
| 2-1 | CREDIT FIRST NATIONAL ASSOCIATION | $ | $ | $ |
| 3-1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $ | $ | $ |
| 4-1 | CHASE BANK USA N. A. | $ | $ | $ |
| 5-1 | VERIZON WIRELESS | $ | $ | $ |
| 6-1 | DELL FINANCIAL SERVICES L. L. C. | $ | $ | $ |
| 7-1 | Midland Funding LLC | $ | $ | $ |
| 8-1 | Midland Funding LLC | $ | $ | $ |
| 9-1 | Midland Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10-1 | CAPITAL ONE, N. A | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance       $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE